UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSORE MANAGEMENT SA,                          :

                Plaintiff,                :

                -against-                  :        **ORDER**

BRIT SYNDICATE 2987 A/K/A BRIT UW              :        20-CV-5849 (AT) (KNF)
LIMITED; LLOYD'S SYNDICATE 2007
A/K/A AXIS CORPORATE CAPITAL UK                :
II LIMITED; LLOYD'S SYNDICATE 1945
A/K/A SIRIUS INTERNATIONAL SYNDICATE :
1945 AT LLOYD'S; LLOYD' SYNDICATE 4141
A/K/A HCC SYNDICATE 4141 AT LLOYD'S;           :
LLOYD'S SYNDICATE 2001 A/K/A MS AMLIN
CORPORATE MEMBER LIMITED and ALL               :
LLOYD'S UNDERWRITERS AS PER LINESLIP
B0901LH1722304000,                              :

                Defendants.               :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On or before April 20, 2021, any motion in connection with issues raised in Docket Entry Nos. 32 and 34 shall be made. Local Civil Rule 6.1 of this court shall govern opposition to the motion and any reply.

Dated:  New York, New York                          SO ORDERED:
       April 12, 2021

                                                                     */s/ Kevin Nathaniel Fox*
                                                                      KEVIN NATHANIEL FOX
                                                                      UNITED STATES MAGISTRATE JUDGE