```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSORE MANAGEMENT SA,                          :

                    Plaintiff,                  :

        -against-                               :         ORDER

BRIT SYNDICATE 2987 A/K/A BRIT UW               :         20-CV-5849 (AT) (KNF)
LIMITED; LLOYD'S SYNDICATE 2007
A/K/A AXIS  CORPORATE CAPITAL UK                :
II LIMITED; LLOYD'S  SYNDICATE 1945
A/K/A SIRIUS INTERNATIONAL SYNDICATE            :
1945 AT LLOYD'S; LLOYD' SYNDICATE  4141
A/K/A HCC SYNDICATE 4141 AT LLOYD'S;            :
LLOYD'S SYNDICATE 2001 A/K/A MS AMLIN
CORPORATE MEMBER LIMITED and ALL                :
LLOYD'S UNDERWRITERS AS PER LINESLIP
B0901LH1722304000,                              :

                    Defendants.                 :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
```

Before the Court is the plaintiff's "Memorandum of Law in Support of Plaintiff's Motion to compel Discovery and for Sanctions." Docket Entry No. 36. No notice of motion was filed by the plaintiff. The plaintiff failed to comply with Local Civil Rule 7.1.(a)(1) of this court, requiring that each motion shall include "[a] notice of motion . . . which shall specify the applicable rules or statutes pursuant to which the motion is brought, and shall specify the relief sought by the motion." The plaintiff's motion, Docket Entry No. 36, is denied without prejudice.

Dated: New York, New York            SO ORDERED:
       June 8, 2021

                                     _____
                                     KEVIN NATHANIEL FOX
                                     UNITED STATES MAGISTRATE JUDGE

1