UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSORE MANAGEMENT SA,                          :

                Plaintiff,                   :

                -against-                    :      **ORDER**

BRIT SYNDICATE 2987 A/K/A BRIT UW             :      20-CV-5849 (AT) (KNF)
LIMITED; LLOYD'S SYNDICATE 2007
A/K/A AXIS  CORPORATE CAPITAL UK              :
II LIMITED; LLOYD'S  SYNDICATE 1945
A/K/A SIRIUS INTERNATIONAL SYNDICATE          :
1945 AT LLOYD'S; LLOYD' SYNDICATE  4141
A/K/A HCC SYNDICATE 4141 AT LLOYD'S;          :
LLOYD'S SYNDICATE 2001 A/K/A MS AMLIN
CORPORATE MEMBER LIMITED and ALL              :
LLOYD'S UNDERWRITERS AS PER LINESLIP
B0901LH1722304000,                            :

                Defendants.                  :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The plaintiff's motion to compel was denied without prejudice.  <u>See</u> Docket Entry No. 45.  The plaintiff requested in its June 10, 2021 letter "that this Court grant it leave to refile its Motion, unchanged from its initial filing, with the requisite Notice of Motion as per Local Rule 7.1(a)(1)."  Docket Entry No. 46.  Since the plaintiff's motion to compel was denied without prejudice, no need exists for "leave to refile its Motion, unchanged from its initial filing, with the requisite Notice of Motion as per Local Rule 7.1(a)(1)."

Dated:  New York, New York          SO ORDERED:
        June 11, 2021

                                                     _/s/ Kevin Nathaniel Fox_____
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE