UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSORE MANAGEMENT SA,

                Plaintiff,

-against-

BRIT SYNDICATE 2987,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021
```

20 Civ. 5849 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's letters, dated September 20, 2021, and September 27, 2021. ECF Nos. 74, 75. Accordingly:

1. Plaintiff's request for a phone conference is DENIED;
2. Plaintiff is directed to comply with the procedures described in the Court's Individual Practices in Civil Cases ¶ III(A) before filing any contemplated motions;
3. The parties are directed to raise any disputes as to discovery before the Honorable Kevin Nathaniel Fox, pursuant to the Court's order of reference, ECF No. 27, and;
4. Plaintiff's request for an extension of time to respond to Defendant's objections to Judge Fox's memorandum and order on the motion to compel discovery is GRANTED pursuant to the stipulated schedule, ECF No. 75. Accordingly, by **October 5, 2021**, Plaintiff shall submit its response to Defendant's objections. By **October 13, 2021**, Defendant shall submit its reply, if any.

SO ORDERED.

Dated: September 27, 2021
       New York, New York

ANALISA TORRES
United States District Judge